1  E. JOSEPH CONNAUGHTON (SBN 166765)
   jconnaughton@paulplevin.com
2  NICHOLAS P. BANEGAS (SBN 303581)
   nbanegas@paulplevin.com
3  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
4  101 West Broadway, Ninth Floor
   San Diego, California 92101-8285
5  Telephone: 619-237-5200
   Facsimile: 619-615-0700

6

7  Attorneys for Defendants REGUS MANAGEMENT GROUP, LLC and ERIKA DERAS

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVIRIANA GUATEMALA,<br><br>        Plaintiff,<br><br>    v.<br><br>REGUS MANAGEMENT GROUP, LLC; ERIKA DERIAS; an individual; and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 2:19-CV-4243<br><br>**CORPORATE DISCLOSURE STATEMENT OF REGUS MANAGEMENT GROUP, LLC** |

Defendant Regus Management Group, LLC hereby discloses, pursuant to Federal Rule of Civil Procedure 7.1, that it is a limited liability company whose sole member is Regus Corporation and there is no publicly listed company that owns 10% or more of Regus Corporation's stock.

Dated:  May 16, 2019                     PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP


                                         By:     */s/Nicholas P. Banegas*
                                              E. JOSEPH CONNAUGHTON
                                              NICHOLAS P. BANEGAS
                                              Attorneys for Defendants REGUS MANAGEMENT GROUP, LLC and ERIKA DERAS

# PROOF OF SERVICE

**Viviriana Guatemala v. Regus Management Group, LLC, et al.**
**Case No. 2:19-CV-4243**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On May 16, 2019, I served true copies of the following document(s) described as **CORPORATE DISCLOSURE STATEMENT OF REGUS MANAGEMENT GROUP, LLC** on the interested parties in this action as follows:

Adam Reisner
Tessa King
Nahal Barahmand
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403
Telephone: (818) 981-0901
Facsimile: (818) 981-0902
E-Mail: adam@reisnerlaw.com
tessa@reisnerlaw.com
Nahal@reisnerlaw.com

Attorneys for plaintiff Viviriana Guatemala

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2019, at San Diego, California.

_____
Deborah Baranowski