# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-4243-GW-ASx | Date | November 7, 2019 |
| Title | *Viviriana Guatemala v. Regus Management Group, LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Tessa King  
Nahal Barahmand

Attorneys Present for Defendants:  
Nicholas P. Banegas

**PROCEEDINGS:** PLAINTIFF'S MOTION TO REMAND [29]

DEFENDANT REGUS MANAGEMENT GROUP, LLC AND ERIKA DERAS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [24]

The Court's Tentative Ruling is circulated. Further argument is held. For reasons stated on the record, the Motions are TAKEN UNDER SUBMISSION. Court to issue ruling.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | JG |